Submitted March 7, reversed May 14, 2008

In the Matter of A. L.,
Alleged to be a Mentally Ill Person.
STATE OF OREGON,
*Respondent,*

*v.*

A. L.,
*Appellant.*

Multnomah County Circuit Court
070363210; A135542

184 P3d 1224

Liza Langford filed the brief for appellant.

Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General, and Michael R. Washington, Senior Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

## PER CURIAM

The trial court found that appellant has a mental disorder and, because of that mental disorder, is a danger to herself. The court entered an order of involuntary commitment on that basis. Appellant argues on appeal that the record does not contain clear and convincing evidence that she is a danger to herself. The state concedes the point and agrees that the order of involuntary commitment should be reversed. On *de novo* review, we agree that the evidence is insufficient to support the commitment.

Reversed.